John M. Kelley, Respondent, v. Fred B. King and Isaac J. Fisher, Appellants. — Interlocutory judgment affirmed, with costs, with leave to defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

John D. Retter, Respondent, v. The Olean Street Railway Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that the plaintiff was hurt at the time of the derailment of the car is against the weight of the evidence. All concurred except Spring, J., not sitting.

James F. Murphy, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Philip H. Judd, Respondent, v. Frank B. Barnard and Northern States Oil and Gas Company, Appellants. — Interlocutory judgment affirmed, with costs, with leave to defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Cora B. Warren, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Julia G. Porter, an Infant, by Eugene Cary, Her Guardian ad Litem, Plaintiff, v. Alexander J. Porter and George B. Longstreet, as Executors, etc., of Julia P. Osborne, Deceased, and as Donees of a Power of Sale under Said Will, and Others, Defendants. — Motion for new trial denied and interlocutory judgment affirmed, with costs of this appeal to both parties (one bill to the defendants) to be paid out of the estate. All concurred.

John Reardon Weidenkofer, an Infant, by Anna Weidenkofer, His Guardian ad Litem, Appellant, v. John W. Connolly, as Executor, etc., of Henrietta Connolly, Deceased, Respondent. — Judgment affirmed, with costs. All concurred.

Harry G. White, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon questions of law and fact, unless the plaintiff, within twenty days, stipulates to reduce the verdict to the sum of $7,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Amos W. Palmer, Appellant, v. Lucinda D. Pinard, Respondent. — Judgment affirmed, with costs. All concurred.

Delia Diabo, Respondent, v. Baptiste Diabo, Appellant. — Judgment affirmed, with costs. All concurred.

John F. Kiley, Respondent, v. Llewellyn E. Jones, Appellant. — Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that the relation of master and servant did not exist between the defendant and Kerr's workman who took charge of the car.

Rita Lidzy, as Administratrix, etc., of Thomas Lidzy, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Held, that as matter of law plaintiff's intestate assumed the risk and was guilty of